1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ERIC M. SISCO,                                 No.  2:20-cv-1904 JAM KJN P

12                        Petitioner,

13            v.                                      ORDER

14    R.C. JOHNSON,

15                        Respondents.

16

17            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20            On November 17, 2020, the magistrate judge filed findings and recommendations herein

21    which were served on petitioner and which contained notice to petitioner that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed

23    objections to the findings and recommendations.

24            The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27            1.  The findings and recommendations filed November 17, 2020, are adopted in full;

28            2.  This action is dismissed without prejudice; and

                                                1

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:  January 25, 2021                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

2